JARRAT REALTY CORPORATION v. AVIONICS SYSTEMS CORPORATION.

November 7, 1984.

Petition for certification denied.

MARIAN J. PIEPER v. FAIRLEIGH DICKINSON UNIVERSITY.

November 7, 1984.

Petition for certification granted.

JOHN F. JENNINGS v. CITY OF EAST ORANGE.

November 7, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK THORNE.

November 7, 1984.

Petition for certification denied.